UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE LUIS LOPEZ, | ) | No. CV 12-10038 RGK (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| RON BARNES, Warden | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 22, 2014

*Gary Klausner*

R. GARY KLAUSNER
United States District Judge